**SOUTHERN FARM BUREAU CASUALTY INSURANCE COMPANY et al.**

**No. 48857.**

Oct. 6, 1967.

Writ refused. The ruling complained of is not a final judgment.

202 So.2d 657

**Dr. Russell A. AKER et ux.**

v.

**Dr. Joseph A. SABATIER, Jr., et al.**

**No. 48862.**

Oct. 6, 1967.

The application is denied. The judgment complained of in so far as this applicant is concerned is not final.